

600 TOWN POINT CENTER • 150 BOUSH STREET • NORFOLK, VA 23510 • TELEPHONE: (757) 622-0090
FACSIMILE: (757) 622-0096 • WEBSITE: WWW.ZEMANIANLAW.COM • E-MAIL: PETE@ZEMANIANLAW.COM

August 26, 2009

**Via Electronic Tranmission and First-Class Mail**

Monarch Bank
(Attention: Ms. Terry White)
1101 Executive Boulevard
Chesapeake, Virginia 23320

      Re:    Smith, Trustee v. Litchford & Christopher, P.A.
               Chapter 7 Case #07-71213-SCS; APN-08-7083-SCS

Dear Terry:

Attached is an executed *Subpoena in an Adversary Proceeding*, which I have issued in connection with the above-styled adversary proceeding, seeking production of the documents I described to you in our telephone conversation yesterday afternoon. Note that the subpoena calls for a production date of no later than Friday, September 4, 2009, but I would welcome these materials sooner if feasible.

Please call or e-mail me if you have any additional questions concerning the documents covered by the subpoena or if you have any concerns regarding your ability to respond to this subpoena in the time frame suggested.

Thank you kindly for your assistance.

                                          Sincerely,

                                          Peter G. Zemanian

PGZ/nm
cc:    Andy Lock (via e-mail)
       Tom C. Smith, Jr., Chapter 7 Trustee (via e-mail)