

# ZEMANIAN
## LAW GROUP

600 TOWN POINT CENTER • 150 BOUSH STREET • NORFOLK, VA 23510 • TELEPHONE: (757) 622-0090
FACSIMILE: (757) 622-0096 • WEBSITE: WWW.ZEMANIANLAW.COM • E-MAIL: PETE@ZEMANIANLAW.COM

February 11, 2010

**Via Hand Delivery**

Ms. Cathy Pulley, Docket Clerk
United States Bankruptcy Court
for the Eastern District of Virginia
600 Granby Street, 4th Floor
Norfolk, VA 23510

    Re:  Bay Vista of Virginia, Inc.; Chapter 7 Case No. 07-71213-SCS
           Smith v. Litchford & Christopher, P.A.; APN 08-7083-SCS
           February 22-23, 2010 Trial Exhibits

Dear Cathy:

    Delivered with this letter are three (3) looseleaf binders containing tabbed items 1 through 38, some or all of which I intend to introduce as exhibits at the upcoming trial on the referenced adversary proceeding.

    Please call or e-mail me if you have any questions with respect to this matter.

                          Sincerely,

                          Peter G. Zemanian
                          Counsel for Tom C. Smith, Jr.

PGZ/nm

Cc:   Tom C. Smith, Jr., Chapter 7 Trustee (via e-mail; w/o enclosures)
        David A. Greer, Esq. (via hand delivery; with enclosures)