# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| In re: BAY VISTA OF VIRGINIA, INC., | Case No. 07-71213-SCS |
| | Chapter 7 |
| Debtor. | |
| TOM C. SMITH, Chapter 7 Trustee, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | APN: 08-7083-SCS |
| : | |
| LITCHFORD & CHRISTOPHER, P.A., : | |
| : | |
| Defendant. : | |

## DEFENDANT'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL

Pursuant to Local Rule 9070-1, Defendant Litchford & Christopher, P.A. ("L&C"), hereby identifies the following items as those which it may introduce as exhibits, and witnesses it may call, at the trial scheduled in this adversary proceeding for February 22-23, 2010, starting at 9:30 a.m.

Defendant reserves the right not to introduce any exhibit or call any witness, and to introduce exhibits or call witnesses in rebuttal to any evidence presented or argument advanced by Plaintiff or to impeach any testimony or other evidence. Defendant further reserves the right to introduce any exhibit shown on Plaintiff's list of exhibits. All of the witnesses will be fact witnesses.

David A. Greer (VSB #24128)
The Law Offices of David A. Greer, PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510
(757) 227-5155
(757) 227-5158 facsimile
*Attorneys for Defendant*

|  | Exhibit | Identified | Admitted |
|---|---|---|---|
| A. | *Email* from Robert C. Goodman, Kaufman & Canoles, P.C. ("K&C") to Hal K. Litchford, Litchford & Christopher, P.A. ("L&C"), redacted | _____ | _____ |
| B. | *Email* from ("K&C") transmitting letter dated April 22, 2005, and *copy of check* | _____ | _____ |
| C. | *Letter* from Robert C. Goodman to Hal K. Litchford dated April 22, 2005, with copy of check | _____ | _____ |
| D. | *Three checks* for $25,000.00 each for K&C and L&C | _____ | _____ |
| E. | Monarch Bank *Cashier's Check No. 5950*, dated April 20, 2005 ($100,000.00) and stub | _____ | _____ |
| F. | K&C *escrow deposit form* | _____ | _____ |
| G. | K&C *Trust Report* dated April 24, 2005 | _____ | _____ |
| H. | K&C *Trust Report* for the period April 1 through May 31, 2005 on account of Stanley Tseng | _____ | _____ |
| I. | K&C *Trust Report* January 1, 2005 through May 31, 2005 on account of Stanley Tseng | _____ | _____ |
| J. | K&C *Deposit Slip* dated as of April 20, 2005, for SunTrust Bank Account No. 00383471 | _____ | _____ |
| K. | K&C *Wire Request and Confirmation*, dated as of April 25, 2005, transferring $25,000.00 | _____ | _____ |

| | | | |
|---|---|---|---|
| L. | Four K&C *check request forms* and *checks with stubs* | _____ | _____ |
| M. | *Excerpt* of proceedings September 30, 2009 | _____ | _____ |
| N. | K&C *Subpoena Duces Tecum* | _____ | _____ |
| O. | K&C *Initial Response* to Subpoena Duces Tecum | _____ | _____ |
| P. | *Order* regarding Motion to Quash | _____ | _____ |
| Q. | K&C *Final Response* to Subpoena Duces Tecum | _____ | _____ |
| R. | Bayvista, Inc. *Check No. 1019*, dated April 20, 2005 ($100,000.00) | _____ | _____ |
| S. | Monarch Bank *Account Statements*, dated April 30 and May 31, 2005, with respect to Bayvista, Inc. acct. no. 100257476, with copies of checks | _____ | _____ |
| T. | *Affidavit* of Teresa T. White ("Ms. White"), vice president of Monarch Bank, dated as of September 17, 2009, and *Supplemental Affidavit* of Ms. White, dated as of October 13, 2009 | _____ | _____ |
| U | *Deed* from Tseng Trust Agreement Number 2 ("Tseng Trust 2") dated as of February 23, 2005 conveying 3800 Dupont Circle, Virginia Beach, Virginia (the "Property") to Bayvista, Inc. | _____ | _____ |

| | | | |
|---|---|---|---|
| V. | SBBCC *first draw request* dated February 28, 2005 | _____ | _____ |
| W. | SBBCC *second draw request* dated March 31, 2005 | _____ | _____ |
| X. | SBBCC *fourth draw request* dated July 31, 2005 | _____ | _____ |
| Y. | *Check* from Terri-fic to SBBCC for $196,356.58 | _____ | _____ |
| Z. | McLeskey *commitment letter* | _____ | _____ |
| AA. | Stanley Tseng net worth statement | _____ | _____ |
| BB. | Trustee's *Deed for Sale* of property for $5,000,000 | _____ | _____ |

Defendant's List of Witnesses
    Hal K. Litchford
    Donald E. Christopher
    Robert C. Goodman, Jr.
    Paul K. Campsen
    Susie Austin
    Tom C. Smith
    Teresa T. White

Date:  February 12, 2010                  LITCHFORD & CHRISTOPHER, P.A.

                                                      By:   /s/David A. Greer
                                                            Of Counsel

David A. Greer (VSB #24128)
500 East Main Street, Suite 1225
Norfolk, VA 23510
(757) 227-5155
(757) 227-5158 facsimile
*Attorneys for Litchford & Christopher, P.A*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of February, 2010, I caused the foregoing *Defendant's List of Exhibits and Witnesses for Trial* to be sent via electronic transmission to Peter G. Zemanian, Esq., counsel for Mr. Smith, to his address of pete@zemanianlaw.com, and by hand delivery, with exhibits.

                                                       /s/ David A. Greer

4718